■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. MARK GOICHMAN, Admitted on September 25, 1989, at a Term of the Appellate Division, First Department. DON L. HORWITZ, Admitted in 1979, at a Term of the Appellate Division, Second Department. HOWARD J. SLOTNICK, Admitted in 1977, at a Term of the Appellate Division, Second Department. [708 NYS2d 279] —Motions granted and respondents reinstated as attorneys and counselors-at-law in the State of New York, effective the date hereof. No opinion. Concur— Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See,* 240 AD2d 106, 257 AD2d 127.]